In the Matter of the Claim of JOHN GEROE, Respondent, against ABRAHAM COHEN and Another, Doing Business under the Firm Name and Style of ACE MILK CO., Respondents, and HARDWARE MUTUAL CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Mrs. JAMES FASULO and Another, Respondents, against DENNING'S POINT BRICK WORKS and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of RUTH SWANSON, Appellant, against VAL LINE, INC., and THE HARTFORD ACCIDENT COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JAMES DALTON, Respondent, against CITY OF YONKERS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by EDWARD J. McCOY, Claimant. REMINGTON RAND, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act to Review the Disapproval of a Policy Form, against LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

HOWARD R. SANFORD, as Trustee in Bankruptcy of the ST. LAWRENCE MARINE REPAIR DOCK CORPORATION, Respondent, v. JOHN J. BOLAND, Appellant, and FRANK M. ROSS and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 926.] The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Is the plaintiff-respondent entitled to the relief which the interlocutory judgment grants against defendant-appellant, Boland? Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of EDWARD A. SMITH, Appellant, for an Order against JOHN A. LYONS, as Commissioner of Correction, Department of Correction of the State of New York and LEWIS E. LAWES, as Warden of Sing Sing State Prison of the State of New York, Respondents.— Motion for leave to appeal